**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                           **CASE NO. 3:89-cr-18-J-16TEM**

**ALVIN BERNARD WINFORD**

_____ /

## ORDER

Before the Court is Defendant's <u>Motion Requesting Reduction of Imposed Term of Imprisonment</u> (Dkt #73). The Government's response on December 3, 2008 was by way of a <u>Motion to Dismiss</u> (Dkt #75). Defendant has not filed a response to the Government's Motion.

The Defendant is requesting a re-sentencing claiming he no longer qualifies as a career offender. The proper avenue for such a request is found in 28 U.S.C. §2255 which is to be filed withing one year form the date of final judgment. The Defendant has filed this Motion nearly twenty years late. For that reason and the reasons set forth in the United States' Motion to Dismiss, it is

**ORDERED** that the Defendant's Motion (Dkt #73) is **DENIED** and the Government's Motion (Dkt #75) is **GRANTED.**

**DONE and ORDERED** in Chambers at Jacksonville, Florida this  21st  day of May, 2009.

JOHN H. MOORE II
United States District Judge

Distribution:

-Copy to counsel
-Defendant